**Andre K. RANDALL, Appellant,**

v.

**Whitney I. LEBLANC, Warden, FMC Rochester; Jack Fox, Executive Assistant, FMC Rochester; Jane Doe, ("Warden's Secretary"), Secretary FMC Rochester; John Doe, ("Mr.Alcoser"), Chaplin, FMC Rochester; John Doe, ("The Captain"), Captain, FMC Rochester; John Doe, ("Mr. Parr"), Lieutenant, FMC Rochester; Stu Solmonson, Case Manager, FMC Rochester; Randy Preston, Staff, FMC Rochester; Daryl Kosiak, North Central Regional Counsel, Bureau of Prisons; and their successors, officers, servants, attorneys, agents, employers and those persons in active concert or participation with them, Appellees.**

No. 05–2504.

United States Court of Appeals, Eighth Circuit.

Submitted: Nov. 1, 2005.

Decided: Nov. 4, 2005.

Andre K. Randall, Atlanta, GA, pro se.

Before BYE, MCMILLIAN, and RILEY, Circuit Judges.

PER CURIAM.

Federal inmate Andre Randall (Randall) appeals the district court's [1] dismissal of his petition for a writ of mandamus. Randall's request for punitive damages fails because the defendant federal prison officials-all of whom were sued in their official capacities-are immune from liability for monetary damages in this case. *See Hagemeier v. Block,* 806 F.2d 197, 202–03 (8th Cir.1986) (sovereign immunity bars claims against federal officials in their official capacities unless immunity is waived).

As for Randall's request for injunctive relief, we affirm the dismissal on mootness grounds because Randall has been released from federal custody. *See* 8th Cir. R. 47A(a). We also deny his motion for appointment of counsel.

---

1. The Honorable Richard H. Kyle, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Arthur J. Boylan, United States Magistrate Judge for the District of Minnesota.